IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARRIET TUBMAN
FREEDOM FIGHTERS CORP
and HEAD COUNT INC,**

    *Plaintiffs*,

v.                                                       Case No.: 4:21cv242-MW/MAF

**LAUREL LEE and
ASHLEY MOODY,**

    *Defendants*.

_____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

Plaintiffs have filed a First Amended Complaint. ECF No. 44. Accordingly, Defendant Lee's Motion to Dismiss, ECF No. 20, is **DENIED as moot**.

**SO ORDERED on July 16, 2021.**

                                                      s/Mark E. Walker
                                                      **Chief United States District Judge**