IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| HARRIET TUBMAN FREEDOM FIGHTERS, CORP.; HEAD COUNT, INC.; PARALYZED VETERANS OF AMERICA FLORIDA CHAPTER; PARALYZED VETERANS OF AMERICA CENTRAL FLORIDA CHAPTER; STEVE KIRK, and PHYLLIS RESNICK,<br><br>*Plaintiffs*,<br><br>v.<br><br>LAUREL LEE, in her official capacity as Secretary of State of Florida; ASHLEY MOODY, in her official Capacity as Florida Attorney General; LISA LEWIS, in official capacity as Volusia County Supervisor of Elections; CHRISTINA WHITE, in official capacity as Miami-Dade County Supervisor of Elections; KAITI LENHART, in official capacity as Flagler County Supervisor of Elections; MIKE HOGAN, in official capacity as Duval County Supervisor of Elections; JOSEPH R. MORGAN, in official capacity as Wakulla County Supervisor of Elections; MARY JANE ARRINGTON, in official capacity as Osceola County Supervisor of Elections; BILL COWLES, in official capacity as Orange County Supervisor of Elections; LORI SCOTT, in official capacity as Brevard County Supervisor | **NOTICE OF STIPULATED DISMISSAL OF PLAINTIFF HEAD COUNT, INC.**<br><br>Civil Action No. 4:21-cv-242<br>Consolidated with:<br>Case No. 4:21-cv-186<br>Case No. 4:21-cv-187<br>Case No. 4:21-cv-201 |

1

of Elections; TOMMY DOYLE, in official capacity as Lee County Supervisor of Elections; MAUREEN BAIRD, in official capacity as Citrus County Supervisor of Elections; JANET H. ADKINS, in official capacity as Nassau County Supervisor of Elections; TOMI S. BROWN, in official capacity as Columbia County Supervisor of Elections; CHRIS MILTON, in official capacity as Baker County Supervisor of Elections; LAURA HUTTO, in official capacity as Hamilton County Supervisor of Elections; HEATH DRIGGERS, in official capacity as Madison County Supervisor of Elections; JENNIFER H. KINSEY, in official capacity as Suwanee County Supervisor of Elections; CHRIS H, CHAMBLESS, in official capacity as Clay County Supervisor of Elections; VICKY OAKES, in official capacity as St. Johns County Supervisor of Elections; AMANDA SEYFANG, in official capacity as Bradford County Supervisor of Elections; ALEX HAYS, in official capacity as Lake County Supervisor of Elections; PAUL A. LUX, in official capacity as Okaloosa County Supervisor of Elections; WILLIAM KEEN, in official capacity as Sumter County Supervisor of Elections; WESLEY WILCOX, in official capacity as Marion County Supervisor of Elections; JOE SCOTT, in official capacity as Broward County Supervisor of Elections; MARK EARLEY, in official capacity as Leon County Supervisor of Elections;

MARK ANDERSEN, in official capacity as Bay County Supervisor of Elections; KIM BARTON, in official capacity as Alachua County Supervisor of Elections; VICKI DAVIS, in official capacity as Martin County Supervisor of Elections; SHARON CHASON, in official capacity as Calhoun County Supervisor of Elections; DAVID H. STAFFORD, in official capacity as Escambia County Supervisor of Elections; TAPPIE A. VILLANE, in official capacity as Santa Rosa County Supervisor of Elections; GERTRUDE WALKER, in official capacity as St. Lucie County Supervisor of Elections; CONNIE SANCHEZ, in official capacity as Gilchrist County Supervisor of Elections; CHRISTOPHER ANDERSEON, in official capacity as Seminole County Supervisor of Elections; LESLIE R. SWAN, in official capacity as Indian River County Supervisor of Elections; WENDY LINK, in official capacity as Palm Beach County Supervisor of Elections; CRAIG LATIMER, in official capacity as Hillsborough County Supervisor of Elections; PENNY OGG, in official capacity as Highlands County Supervisor of Elections; PAUL A. STAMOULIS, in official capacity as Charlotte County Supervisor of Elections; RON TURNER, in official capacity as Sarasota County Supervisor of Elections; SHIRLEY ANDERSON, in official capacity as Hernando County Supervisor of Elections; and JOYCE GRIFFIN, in official capacity as

3

| |
|---|
| Monroe County Supervisor of Elections, |
| *Defendants,* |
| REPUBLICAN NATIONAL COMMITTEE, and NATIONAL REPUBLICAN SENATORIAL COMMITTEE, |
| *Intervenor-Defendants.* |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in the above-captioned action notify this Court of the stipulated dismissal of Plaintiff Head Count, Inc. ("HeadCount") from this action. HeadCount does not intend to further prosecute its claims in this action. This notice does not affect the claims brought by the remaining Plaintiffs in this action.

Dated: August 3, 2021　　Respectfully submitted,

/s/ Emma Bellamy
Nancy G. Abudu (Fla. Bar No. 111881) Emma C. Bellamy
Southern Poverty Law Center
P.O. Box 1287
Decatur, Ga 30031-1287
Tel: 404-521-6700
Fax: 404-221-5857
nancy.abudu@splcenter.org
emma.bellamy@splcenter.org

/s/ Michelle E. Kanter Cohen
Michelle Kanter Cohen
Jon Sherman
Cecilia Aguilera
Fair Elections Center
1825 K Street NW, Suite 450
Washington, DC 20006
Tel.: (202) 331-0114
mkantercohen@fairelectionscenter.org
jsherman@fairelectionscenter.org
caguilera@fairelectionscenter.org

*Counsel for Plaintiffs*

/s/ Mohammad O. Jazil
Bradley R. McVay
Florida Bar No. 79034
Ashley E. Davis
Florida Bar No. 48032
Colleen E. O'Brien
Florida Bar No. 76578
Florida Department of State
RA Gray Building
500 South Bronough Street, Ste. 100Tallahassee, FL 32399
Telephone: 850-245-6531
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com
colleen.obrien@dos.myflorida.com

Mohammad O. Jazil
Florida Bar No. 72556
Gary V. Perko
Florida Bar No. 855898
Holzman Vogel Baran Torchinsky & Josefiak PLLC
1532 Cristobal Dr.
Tallahassee, FL 32303
Telephone: 850-567-5762
mJazil@holtzmanvogel.com
gperko@holtzmanvogel.com

Phillip M. Gordon
Holzman Vogel Baran Torchinsky & Josefiak PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: 540-341-8808
pgordon@holtzmanvogel.law

*Counsel for Defendant Laurel M. Lee*

/s/ William H. Stafford
William H. Stafford, III
Florida Bar No. 70394
Bilal A. Faruqui
Florida Bar No. 15212
Office of the Attorney General
PL-01 The Capitol
Tallahassee, Florida 32399
Telephone: 850-414-3785
william.stafford@myfloridalegal.com
bilal.faruqui@myfloridalegal.com

*Counsel for Defendant Ashley Moody*

/s/ Benjamin J. Gibson
Benjamin J. Gibson
Daniel E. Nordby
George N. Meros, Jr.
Amber S. Nunnally
Shutts & Bowen LLP
215 S. Monroe St., Ste. 804
Tallahassee, FL 32301
Telephone: 850-241-1720
bgibson@shutts.com
dnordby@shutts.com
gmeros@shutts.com
anunnally@shutts.com

Daniel J. Shapiro
Cameron T. Norris
Tyler R. Green
Steven C. Begakis
Consovoy McCarthy, PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Telephone: 703-243-9423
daniel@consovoymccarthy.com
cam@consovoymccarthy.com
tyler@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Intervenor Defendants Republican National Committee and National Republican Senatorial Committee*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Michelle E. Kanter Cohen
Michelle E. Kanter Cohen
DC Bar No. 989164
Admitted *Pro Hac Vice*