IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARRIET TUBMAN FREEDOM FIGHTERS CORP., et al.,**

    *Plaintiffs*,

v.                                                                  Case No.:  4:21cv242-MW/MAF

**LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al.,**

    *Defendants*,

**and**

**NATIONAL REPUBLICAN SENATORIAL COMMITTEE and REPUBLICAN NATIONAL COMMITTEE,**

    *Intervenor-Defendants.*
_____/

**ORDER DENYING DEFENDANT LATIMER'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

This Court has considered, without hearing, Defendant Latimer's pending summary judgment motion, ECF No. 211, and Plaintiff Harriet Tubman Freedom Fighters, Corp.'s response, ECF No. 229. As Plaintiff astutely point out, this Court previously dismissed Count IV—the only claim against the supervisors of elections, including Defendant Latimer—in its order on the motions to dismiss, ECF No. 190.

Accordingly, Defendant Latimer is no longer a party to this action and his motion, ECF No. 211, is **DENIED as moot**.

**SO ORDERED on December 7, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
