IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,**

    *Plaintiffs*,

v.                                              Case No.:   4:21cv186-MW/MAF
                                                            4:21cv187-MW/MAF
**LAUREL M. LEE, in her official**                          4:21cv201-MW/MJF
**capacity as Florida Secretary of**                        4:21cv242-MW/MAF
**State, et al.,**

    *Defendants*,

and

**NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,**

    *Intervenor-Defendants.*
_____/

## ORDER CONSOLIDATING CASES FOR TRIAL

Recently, this Court denied without prejudice the parties' joint motion to consolidate their four cases for trial. ECF No. 339. Upon further consideration, however, this Court is revisiting that ruling. Rather than waiting until after this Court rules on the pending summary judgment motions, the most expeditious route in light of the upcoming holidays is to consolidate these cases now to give the parties time to confer and prepare for the pretrial conference.

Accordingly, this Order supersedes the amended orders for pretrial conference issued in all four cases to the extent it is inconsistent with those orders. The pretrial deadlines remain the same. But the following requirements will change.

- The parties shall file one pretrial stipulation, one exhibit list, one witness list, one proposed pretrial order, etc. As the scheduling orders made clear, **any objections to exhibits not listed in the pretrial stipulation will be deemed waived**. The pretrial stipulation must also identify the lead lawyer who will speak for each party from each case.
- In all four cases, this Court granted motions to dispense with the amended scheduling orders' pre-trial briefing requirements. This Order *does not* reinstate those pre-trial briefing requirements.
- *All* lawyers who will participate at trial must attend the pretrial conference.
- Filings related to the pending motions for summary judgment must be made in the case to which they pertain. All filings related to the conduct of trial, and all post-trial filings, must be made in the parent case, 4:21cv186.
- To the extent the parties need this Court to clarify this Order, they must so move as soon as possible.

In sum,

**IT IS ORDERED**:

Case Nos. 4:21cv186, 4:21cv187, 4:21cv201, and 4:21cv242 are consolidated for trial under the lowest case number, 4:21cv186.

**SO ORDERED on December 8, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
