AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| HARRIET TUBMAN FREEDOM FIGHTERS, CORP., Plaintiff | ) ) ) | |
| v. | ) | Case No.: 4:21-cv-242-MW/MAF |
| LAUREL LEE, in her Official Capacity as Florida Secretary of State, et al., Defendants | ) ) ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/31/2022__ against __Defendants__,
_Date_
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 12,755.23 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses _(itemize on page two)_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs _(please itemize)_ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 13,157.23 |

_SPECIAL NOTE:_ Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service         ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   Michelle E. Kanter Cohen

Name of Attorney: Michelle E. Kanter Cohen

For:   Harriet Tubman Freedom Fighters, Corp.                Date:   04/13/2022
_Name of Claiming Party_

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_Clerk of Court_      By:  _Deputy Clerk_      _Date_

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

HARRIET TUBMAN FREEDOM FIGHTERS, CORP.,

*Plaintiff,*

v.

LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al.,

*Defendants.*

Case No.:   4:21-cv-242-MW/MAF

**Fees of the Clerk:**

| Date | Description | Amount |
|---|---|---|
| 06/14/2021 | Filing fee for initial complaint. | $402.00 |
| **TOTAL** | | **$402.00** |

| | |
|---|---|
| **From:** | Nancy Abudu |
| **To:** | Emma Bellamy; Michelle Kanter Cohen; Cecilia Aguilera; Katie Chan |
| **Cc:** | Nadav Flax; Poy Winichakul; Safia Malin; Nour Vakhshoury |
| **Subject:** | FW: Activity in Case 4:21-cv-00242-MW-MAF Harriet Tubman Freedom Fighters, Corp. et al v. LEE et al Complaint |
| **Date:** | Monday, June 14, 2021 1:19:21 PM |
| **Attachments:** | Harriet Tubman Freedom Fighters, Corp. v. Lee.pdf |

Here's the filing confirmation and attached file-stamped copy.



**Nancy Abudu**
Deputy Legal Director  |  Legal
Southern Poverty Law Center
T  786.376.5311
nancy.abudu@splcenter.org  |  www.splcenter.org

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

---

**From:** flnd_flncmecf@flnd.uscourts.gov <flnd_flncmecf@flnd.uscourts.gov>
**Sent:** Monday, June 14, 2021 1:17 PM
**To:** flnd_clerk@flnd.uscourts.gov
**Subject:** Activity in Case 4:21-cv-00242-MW-MAF Harriet Tubman Freedom Fighters, Corp. et al v. LEE et al Complaint

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Northern District of Florida**

### Notice of Electronic Filing

The following transaction was entered by ABUDU, NANCY on 6/14/2021 at 12:16 PM CDT and filed on 6/14/2021

| | |
|---|---|
| **Case Name:** | Harriet Tubman Freedom Fighters, Corp. et al v. LEE et al |
| **Case Number:** | 4:21-cv-00242-MW-MAF |
| **Filer:** | Harriet Tubman Freedom Fighters, Corp. |
| | Head Count, Inc. |

**Document Number:** 1
**Judges(s) Assigned:** MARK E WALKER (presiding), MARTIN A FITZPATRICK (referral)

**Docket Text:**
**COMPLAINT** *for Injunctive and Declaratory Relief* **against All Defendants ( Filing fee $ 402**

**receipt number AFLNDC-6134068.), filed by Harriet Tubman Freedom Fighters, Corp., Head Count, Inc.. (Attachments: # (1) Civil Cover Sheet) (ABUDU, NANCY)**

**4:21-cv-00242-MW-MAF Notice has been electronically mailed to:**

NANCY GBANA ABUDU     nancy.abudu@splcenter.org

**4:21-cv-00242-MW-MAF Notice will be mailed via USPS and will NOT be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047052653 [Date=6/14/2021] [FileNumber=7382499-0
] [7a2c0cb50fade9ecf85febcdaeb7b4fead652a6531ed6bb2b5d131ad5f88cada7b7
ecd69d042ef1a09b411a665eba59de0eb5ab79e9d87269ccbabfff23bb3e2]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047052653 [Date=6/14/2021] [FileNumber=7382499-1
] [1d3b65cba5d83ba88267fc0f87bef1fab1cf946ad8abd5e9a43721d9cccf76567ce
cff8b316a9f949ac8b7ef5e8147c3c2af046dbbb2c30fb7929ca891bcf2ee]]

HARRIET TUBMAN FREEDOM FIGHTERS, CORP.,

*Plaintiff,*

v.

LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al.,

*Defendants.*

Case No.:   4:21-cv-242-MW/MAF

**Fees for all or any part of the transcript necessarily obtained for use in the case:**

| Date | Description | Amount |
|---|---|---|
| 10/14/2021 | Deposition of Rosemary McCoy held on Oct. 8, 2021 | $604.50 |
| 10/28/2021 | Deposition of Rosemary McCoy held on Oct. 22, 2021 | $937.10 |
| 10/26/2021 | Deposition of Maria Matthews held on Oct. 20, 2021 | $2,083.53 |
| 10/27/2021 | Deposition of Elizabeth Guzzo held on Oct. 22, 2021 | $406.25 |
| 11/8/2021 | Deposition of Quentin Kidd, held of Oct. 28, 2021 | $1.087.00 |
| 2/8/2022 | Trial Transcripts, Week 1 | $3,841.30 |
| 2/13/2022 | Trial Transcripts, Week 2 | $2,785.25 |
| 2/16/2022 | Trial Transcripts, Week 3 | $1,010.30 |
| **TOTAL** | | **$12,755.23** |

# INVOICE

1 of 2




**PHIPPS REPORTING**
HEADQUARTERS
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
billing@phippsreporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 198667 | 10/14/2021 | 209748 |
| **Job Date** | **Case No.** | |
| 10/8/2021 | 421CV242MW/MAF | |
| **Case Name** | | |
| Harriet Tubman Freedom Fighters, Corp. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Emma Bellamy
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031

---

DEPOSITION TRANSCRIPT OF:
   Rosemary McCoy                                                       166.00  Pages    @    3.250      539.50
      E-Litigation Package                                              1.00             @   35.000       35.00
      Paperless delivery: One tree will be planted in your         1.00             @    0.000        0.00
      honor!
   Rosemary McCoy - Exhibit
      Exhibits: Hyperlinked to Transcript                          1.00             @   15.000       15.00
      Exhibits: E-Processing                                       1.00             @   15.000       15.00

TOTAL DUE   >>>                                                                                              $604.50

AFTER 11/28/2021   PAY                                                                                       $664.95

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement. Contact us immediately for billing corrections as no adjustments will be made after 30 days. Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

                                                 (-) Payments/Credits:                0.00
                                                 (+) Finance Charges/Debits:          0.00

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

---

Emma Bellamy
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031

Invoice No.   : 198667
Invoice Date  : 10/14/2021
**Total Due**     : **$604.50**

Remit To: **Phipps Reporting, Inc.**
         **1551 Forum Place**
         **Building 200, Suite E**
         **West Palm Beach, FL 33401**

Job No.      : 209748
BU ID        : FL-PAN
Case No.     : 421CV242MW/MAF
Case Name    : Harriet Tubman Freedom Fighters, Corp. vs. Laurel Lee

# I N V O I C E

1 of 2



**PHIPPS REPORTING**
— HEADQUARTERS —
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
billing@phippsreporting.com   www.phippsreporting.com



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 201084 | 10/28/2021 | 215155 |
| Job Date | Case No. | |
| 10/22/2021 | 421CV242MW/MAF | |
| Case Name | | |
| Harriet Tubman Freedom Fighters, Corp. vs. Laurel Lee | | |
| Payment Terms | | |
| Due upon receipt | | |

Emma Bellamy
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031

---

DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Rosemary Mccoy (Continuation) | 108.00 Pages | @ | 4.750 | 513.00 |
|    3 Day Expedite | | | | 359.10 |
|    E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
|    Paperless delivery: One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |
| Rosemary Mccoy (Continuation) - Exhibits | | | | |
|    Exhibits: E-Processing | 1.00 | @ | 15.000 | 15.00 |
|    Exhibits: Hyperlinked to Transcript | 1.00 | @ | 15.000 | 15.00 |

**TOTAL DUE   >>>**   **$937.10**

AFTER 12/12/2021 PAY   $1,030.81

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement. Contact us immediately for billing corrections as no adjustments will be made after 30 days. Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here: https://www.phippsreporting.com/invoice-payment-form/

( - ) Payments/Credits:   0.00

---

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Emma Bellamy
Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031

Invoice No.   : 201084
Invoice Date  : 10/28/2021
**Total Due**   : **$937.10**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.     : 215155
BU ID       : FL-PAN
Case No.    : 421CV242MW/MAF
Case Name   : Harriet Tubman Freedom Fighters, Corp. vs. Laurel Lee

# I N V O I C E

1 of 1

**PHIPPS REPORTING**
HEADQUARTERS
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
billing@phippsreporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 200690 | 10/26/2021 | 212962 |
| **Job Date** | **Case No.** ||
| 10/20/2021 | 421CV00186MWMAF ||
| **Case Name** |||
| League of Women Voters of Florida, Inc. vs. Laurel Lee |||
| **Payment Terms** |||
| Due upon receipt |||

Michelle Cohen
Fair Elections Center
1825 K Street Northwest
Suite 450
Washington, DC 20006

DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---:|---|---:|---:|
| Maria Matthews, (Department of State, R.A.) | 307.00 | Pages @ | 3.250 | 997.75 |
| 3 Day Expedite | | | | 1,020.78 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Paperless delivery: One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |
| Maria Matthews, (Department of State, R.A.) - Exhibits | | | | |
| Exhibits: Hyperlinked to Transcript | 1.00 | @ | 15.000 | 15.00 |
| Exhibits: E-Processing | 1.00 | @ | 15.000 | 15.00 |
| **TOTAL DUE   >>>** | | | | **$2,083.53** |
| | | | | |
| AFTER 12/10/2021  PAY | | | | $2,291.88 |

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement. Contact us immediately for billing corrections as no adjustments will be made after 30 days. Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

---

Michelle Cohen
Fair Elections Center
1825 K Street Northwest
Suite 450
Washington, DC 20006

Invoice No.    : 200690
Invoice Date   : 10/26/2021
**Total Due**      : **$2,083.53**

AFTER 12/10/2021  PAY   $2,291.88

Remit To:  **Phipps Reporting, Inc.**
           **1551 Forum Place**
           **Building 200, Suite E**
           **West Palm Beach, FL 33401**

Job No.     : 212962
BU ID       : FL-PAN
Case No.    : 421CV00186MWMAF
Case Name   : League of Women Voters of Florida, Inc. vs. Laurel Lee

# I N V O I C E

1 of 1

**PHIPPS REPORTING**
HEADQUARTERS
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
billing@phippsreporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 200954 | 10/27/2021 | 212964 |
| **Job Date** | **Case No.** | |
| 10/22/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

William Devaney
Baker McKenzie
452 Fifth Avenue
New York, NY 10018

DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Elizabeth Guzzo | 105.00 | Pages @ | 3.250 | 341.25 |
|     E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
|     Paperless delivery: One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |
| Elizabeth Guzzo - Exhibit | | | | |
|     Exhibits: Hyperlinked to Transcript | 1.00 | @ | 15.000 | 15.00 |
|     Exhibits: E-Processing | 1.00 | @ | 15.000 | 15.00 |

**TOTAL DUE >>>** $406.25

AFTER 12/11/2021 PAY $446.88

Location of Job : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement. Contact us immediately for billing corrections as no adjustments will be made after 30 days. Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here: https://www.phippsreporting.com/invoice-payment-form/

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

William Devaney
Baker McKenzie
452 Fifth Avenue
New York, NY 10018

Invoice No.   : 200954
Invoice Date  : 10/27/2021
**Total Due**    : **$406.25**

AFTER 12/11/2021 PAY $446.88

Remit To: **Phipps Reporting, Inc.**
         **1551 Forum Place**
         **Building 200, Suite E**
         **West Palm Beach, FL 33401**

Job No.    : 212964
BU ID      : FL-PAN
Case No.   : 421CV00186MWMAF
Case Name  : League of Women Voters of Florida, Inc. vs. Laurel Lee

# INVOICE

1 of 1

**PHIPPS REPORTING**
─ HEADQUARTERS ─
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408   FAX: 561-290-1595
billing@phippsreporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202726 | 11/8/2021 | 214683 |
| **Job Date** | **Case No.** ||
| 10/28/2021 | 421CV201MWMJF ||
| **Case Name** |||
| Florida Rising Together vs. Laurel Lee |||
| **Payment Terms** |||
| Due upon receipt |||

Michelle Cohen
Fair Elections Center
1825 K Street Northwest
Suite 450
Washington, DC 20006

---

DEPOSITION TRANSCRIPT OF:
    Dr. Quentin Kidd                                                                            292.00 Pages @ 3.500    1,022.00
        E-Litigation Package                                              1.00 @ 35.000      35.00
        Paperless delivery: One tree will be planted in your honor!      1.00 @ 0.000       0.00
    Dr. Quentin Kidd - Exhibits
        Exhibits: E-Processing                                                1.00 @ 15.000      15.00
        Exhibits: Hyperlinked to Transcript                       1.00 @ 15.000      15.00

**TOTAL DUE >>>**                                                                     **$1,087.00**

AFTER 12/23/2021 PAY                              $1,195.70

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM, FL

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement. Contact us immediately for billing corrections as no adjustments will be made after 30 days. Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here: https://www.phippsreporting.com/invoice-payment-form/

---

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Michelle Cohen
Fair Elections Center
1825 K Street Northwest
Suite 450
Washington, DC 20006

Invoice No.   : 202726
Invoice Date  : 11/8/2021
**Total Due**    : **$1,087.00**
AFTER 12/23/2021 PAY $1,195.70

Remit To: **Phipps Reporting, Inc.**
          **1551 Forum Place**
          **Building 200, Suite E**
          **West Palm Beach, FL 33401**

Job No.     : 214683
BU ID      : FL-NORTH
Case No.    : 421CV201MWMJF
Case Name  : Florida Rising Together vs. Laurel Lee

**United States District Court**
**Northern District/Florida**

Date: 02/08/2022
Invoice Number: 20220724
Re: WEEK 1 - ZOOM BENCH TRIAL

To:

**Michelle Cohen**
**Fair Elections Center**
1825 K Street NW, Suite 450
Washington, DC, 20006
**Email:** mkantercohen@fairelectionscenter.org

Make Checks Payable To:

**Megan A. Hague, RPR, FCRR**
**Official US Court Reporter**
EIN / Tax ID: 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
111 North Adams Street
Tallahassee, Florida, 32301
**Phone:** (850) 422-0011
**Email:** megan.a.hague@gmail.com

## Case Details:

**Case Number:** 4:21cv186, et al
**Case Title:** League of Women Voters of Florida, et al. vs. Laurel Lee, et al
**Case Description:** Upon agreement of the parties, the transcript (original and 6 copies) are split equally between League Plaintiffs, NAACP Plaintiffs, FRT Platiniffs, HTFF Plaintiffs, SOS Defendant, AG Defendant, and Intervenor Defendants. Parties will be billed separately for Realtime feeds, if any ordered.
**Criminal or Civil:** Civil

**Proceeding Date:** Jan 31, 2022
**Courthouse:** Tallahassee
**Judge Hearing Case:** Mark E. Walker

## Transcripts:

**Date Ordered:** Jan 31, 2022
**Date Delivered:** Jan 31, 2022

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
| --- | --- | --- | --- |
| Hourly Original | 266 | $7.25 | $1,928.50 |
| Hourly 1st Copy | 1594 | $1.20 | $1,912.80 |

**Total:** $3,841.30

**Amount Due:** $3,841.30

## Notes

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

**Payment can be made via check, Zelle, or Venmo. Please contact me if you'd like to pay through Zelle or Venmo and I'll give you my username.

*/s/ Megan Hague*

| | |
|---|---|
| **United States District Court** | **Date:** 02/13/2022 |
| **Northern District/Florida** | Invoice Number: 20220735 |
| | Re: WEEK 2 - ZOOM BENCH TRIAL |

**To:**

**Michelle Kanter Cohen**
1825 K Street NW, Suite 450
Washington, DC, 20006
**Email:** mkantercohen@fairelectionscenter.org

**Make Checks Payable To:**

**Megan A. Hague, RPR, FCRR**
**Official US Court Reporter**
EIN / Tax ID: 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
111 North Adams Street
Tallahassee, Florida, 32301
**Phone:** (850) 422-0011
**Email:** megan.a.hague@gmail.com

## Case Details:

**Case Number:** 4:21cv186, et al
**Case Title:** League of Women Voters of Florida, et al. vs. Laurel Lee, et al
**Case Description:** Upon agreement of the parties, the transcript (original and 6 copies) are split equally between League Plaintiffs, NAACP Plaintiffs, FRT Platiniffs, HTFF Plaintiffs, SOS Defendant, AG Defendant, and Intervenor Defendants. Parties will be billed separately for Realtime feeds, if any ordered.
**Criminal or Civil:** Civil

**Proceeding Date:** Feb 07, 2022
**Courthouse:** Tallahassee
**Judge Hearing Case:** Mark E. Walker

## Transcripts:

**Date Ordered:** Feb 07, 2022
**Date Delivered:** Feb 07, 2022

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Hourly Original | 193 | $7.25 | $1,399.25 |
| Hourly 1st Copy | 1155 | $1.20 | $1,386.00 |

**Total:** $2,785.25

**Amount Due:** $2,785.25

## Notes

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

**Payment can be made via check, Zelle, or Venmo. Please contact me if you'd like to pay through Zelle or Venmo and I'll give you my username.

*/s/ Megan Hague*

**United States District Court**
**Northern District/Florida**

Date: 02/16/2022
Invoice Number: 20220743
Re: WEEK 3 - ZOOM BENCH TRIAL

To:

**Michelle Kanter Cohen**
1825 K Street NW, Suite 450
Washington, DC, 20006
**Email:** mkantercohen@fairelectionscenter.org

Make Checks Payable To:

**Megan A. Hague, RPR, FCRR**
**Official US Court Reporter**
EIN / Tax ID: 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
111 North Adams Street
Tallahassee, Florida, 32301
**Phone:** (850) 422-0011
**Email:** megan.a.hague@gmail.com

## Case Details:

**Case Number:** 4:21cv186, et al
**Case Title:** League of Women Voters of Florida, et al. vs. Laurel Lee, et al
**Case Description:** Upon agreement of the parties, the transcript (original and 6 copies) are split equally between League Plaintiffs, NAACP Plaintiffs, FRT Platiniffs, HTFF Plaintiffs, SOS Defendant, AG Defendant, and Intervenor Defendants. Parties will be billed separately for Realtime feeds, if any ordered.
**Criminal or Civil:** Civil

**Proceeding Date:** Feb 14, 2022
**Courthouse:** Tallahassee
**Judge Hearing Case:** Mark E. Walker

## Transcripts:

**Date Ordered:** Feb 14, 2022
**Date Delivered:** Feb 14, 2022

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
| --- | --- | --- | --- |
| Hourly Original | 70 | $7.25 | $507.50 |
| Hourly 1st Copy | 419 | $1.20 | $502.80 |

**Total:** $1,010.30

**Amount Due:** $1,010.30

## Notes

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

**Payment can be made via check, Zelle, or Venmo. Please contact me if you'd like to pay through Zelle or Venmo and I'll give you my username.

*/s/ Megan Hague*