IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARRIET TUBMAN FREEDOM FIGHTERS CORP.**, et al.,

    *Plaintiffs*,

v.                                      Case No.:  4:21cv242-MW/MAF

**LAUREL M. LEE, in her official capacity as Florida Secretary of State**, et al.,

    *Defendants*,

**and**

**NATIONAL REPUBLICAN SENATORIAL COMMITTEE and REPUBLICAN NATIONAL COMMITTEE,**

    *Intervenor-Defendants.*
_____/

## ORDER GRANTING MOTION TO HOLD IN ABEYANCE

This Court has considered, without hearing, Defendant Moody's unopposed motion to hold in abeyance proceedings related to Plaintiffs' Bill of Costs until the pending appeal is resolved, ECF No. 273. The motion is **GRANTED**. This Court holds in abeyance all proceedings related to Plaintiffs' Bill of Costs pending the

resolution of Defendants' appeal.

**SO ORDERED on April 21, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
