IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARRIET TUBMAN
FREEDOM FIGHTERS CORP.**,

    *Plaintiff*,

v.                                                **Case No.: 4:21cv242-MW/MAF**

**CORD BYRD, et al.**,

    *Defendants*.

_____/

## ORDER VACATING JUDGMENT[1]

Pursuant to the Mandate issued in this consolidated case by the United States Court of Appeals for the Eleventh Circuit, *see* ECF No. 754 in Case No.: 4:21cv186-MW/MAF, the Clerk shall annotate the docket to reflect that this Court's Order on the Merits, ECF No. 262, is **VACATED in part**, and the Clerk's Judgment, ECF No. 263, is **VACATED**.

The Clerk shall enter a new judgment in **Case No.: 4:21cv242-MW/MAF** stating, "Count IV of Plaintiff's amended complaint, ECF No. 44, is **DISMISSED without prejudice for lack of standing** and Counts I, II, and III of Plaintiff's

---

[1] This Court recognizes that this is one of four consolidated cases that were tried together and resulted in a consolidated Order on the merits. For purposes of entering judgment, this Court treated each case separately. Accordingly, this Court will address the Eleventh Circuit's Mandate in separate Orders with respect to each individual case. This Order concerns only the judgment with respect to Plaintiff's claims in Case No.: 4:21cv242-MW/MAF.

amended complaint, ECF No. 44, are **DISMISSED as moot**." The Clerk shall remove the stay flag and close the file.

**SO ORDERED on November 14, 2023.**

<u>s/**Mark E. Walker**</u>        
**Chief United States District Judge**