# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HARRIET TUBMAN
FREEDOM FIGHTERS CORP.,

    Plaintiff,

v.                              Case No.: 4:21cv242-MW/MAF

CORD BYRD, et al.,

    Defendants.

_____/

## JUDGMENT

Count IV of Plaintiff's amended complaint, ECF No. 44, is DISMISSED without prejudice for lack of standing and Counts I, II, and III of Plaintiff's amended complaint, ECF No. 44, are DISMISSED as moot.

                                        JESSICA J LYUBLANOVITS,
                                        CLERK OF COURT

<u>November 14, 2023</u>                  s/ *Ronnie Barker*
DATE                                        DEPUTY CLERK