**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

| | |
|---|---|
| HARRIET TUBMAN FREEDOM FIGHTERS, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, et al., <br><br> *Defendants*, <br><br> and <br><br> REPUBLICAN NATIONAL COMMITTEE, and NATIONAL REPUBLICAN SENATORIAL COMMITTEE, <br><br> *Intervenor-Defendants*. | Case No.: 4:21-cv-242-MW/MAF <br><br> Consolidated for trial with Case Nos. 4:21-cv-186, 4:21-cv-187, and 4:21-cv-201 |

**NOTICE OF ADDITIONAL CONFERENCE REGARDING *PLAINTIFF HARRIET TUBMAN FREEDOM FIGHTERS'* MOTION FOR DETERMINATION OF THE AMOUNT OF ATTORNEYS' FEES**

Pursuant to Local Rule 54.1(G), counsel for Plaintiff Harriet Tubman Freedom Fighters, Corp. ("HTFF Plaintiffs") and counsel for Defendant Cord Byrd, in his official capacity as Florida Secretary of State and for Defendant Ashley Moody, in her official capacity as Florida Attorney General[1] (collectively, the

---

[1] The Court's Order Granting Plaintiff's Motion to Determine Entitlement to Fees granted entitlement against the Secretary and Attorney General. ECF No. 327 at 6.

"Parties") have conferred in a good faith effort to resolve the dispute over the HTFF Plaintiff's Motion for Determination of the Amount of Attorneys' Fees (the "Motion"), ECF No. 332. The Parties have not reached any agreement to resolve the Motion on amount or on entitlement.

Dated: November 21, 2024           Respectfully submitted,

/s/ Michelle E. Kanter Cohen
Michelle E. Kanter Cohen*
Jon Sherman*
Fair Elections Center
1825 K Street NW, Suite 701
Washington, DC 20006
Main: (202) 331-0114
mkantercohen@fairelectionscenter.org
jsherman@fairelectionscenter.org

/s/ Matletha Bennette
Matletha Bennette (Fla. Bar No. 1003257)
Southern Poverty Law Center
P.O. Box 10788
Tallahassee, FL 32302-2788
matletha.bennette@splcenter.org

Bradley E. Heard*
Avner Shapiro*
Southern Poverty Law Center
150 E Ponce De Leon Ave, Ste 340
Decatur, GA 30030-2553
bradley.heard@splcenter.org
avner.shapiro@splcenter.org

Debra A. Dandeneau (Fla. Bar No. 0978360)
William H. Devaney*
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Tel: (212) 626-4100
debra.dandeneau@bakermckenzie.com
william.devaney@bakermckenzie.com

*Attorneys for Plaintiff*
*Admitted Pro Hac Vice

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive notifications.

/s/ Michelle E. Kanter Cohen
Michelle E. Kanter Cohen

*Counsel for Plaintiff*