# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HARRIET TUBMAN
FREEDOM FIGHTERS CORP.,

    Plaintiff,

v.

CORD BYRD, et al.,

    Defendants.
_____/

Case No.: 4:21cv242-MW/MAF

## JUDGMENT

Plaintiff is entitled to judgment against Defendants in the amount of $232,412.78 in attorneys' fees, for which sum let execution rest.

JESSICA J LYUBLANOVITS,
CLERK OF COURT

February 5, 2025
DATE

s/ *Ronnie Barker*
DEPUTY CLERK