# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| HARRIET TUBMAN FREEDOM FIGHTERS, CORP., et al., *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, et al., *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE and NATIONAL REPUBLICAN SENATORIAL COMMITTEE, *Intervenor-Defendants*. | No. 4:21-cv-242-MW-MAF |

## NOTICE OF APPEAL

Secretary of State Cord Byrd appeals to the U.S. Court of Appeals for the Eleventh Circuit from the order granting Plaintiffs' motion to determine entitlement to fees, Doc. 327, entered on May 23, 2024, order granting in part and denying in part Plaintiffs' motion to determine fee amount, Doc. 344, and fee judgment, Doc. 345, entered on February 5, 2025.

1

| | |
|---|---|
| Dated: February 25, 2025 | Respectfully submitted, |
| | Bradley R. McVay (FBN 79034)<br>  Deputy Secretary of State<br>Brad.McVay@dos.myflorida.com<br>Ashley E. Davis (FBN 48032)<br>  Chief Deputy General Counsel<br>Ashley.Davis@dos.myflorida.com<br>FLORIDA DEPARTMENT OF STATE<br>R.A. Gray Building, Suite 100<br>500 South Bronough Street<br>Tallahassee, Florida 32399<br>Phone: (850) 245-6536<br>Fax: (850) 245-6127<br><br>*/s/ Mohammad O. Jazil*<br>Mohammad O. Jazil (FBN 72556)<br>Gary V. Perko (FBN 855898)<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK PLLC<br>119 South Monroe Street, Suite 500<br>Tallahassee, Florida 32301<br>Phone: (850) 270-5938<br>Fax: (850) 741-1023<br>mjazil@holtzmanvogel.com<br>gperko@holtzmanvogel.com<br>zbennington@holtzmanvogel.com<br><br>*Counsel for the Secretary* |

## **CERTIFICATE OF SERVICE**

I certify that on February 25, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil