UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| HARRIET TUBMAN FREEDOM FIGHTERS, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, et al., <br><br> *Defendants*, <br><br> and <br><br> REPUBLICAN NATIONAL COMMITTEE, and NATIONAL REPUBLICAN SENATORIAL COMMITTEE, <br><br> *Intervenor-Defendants*. | Case No.: 4:21-cv-242-MW/MAF <br><br> Consolidated for trial with Case Nos. 4:21-cv-186, 4:21-cv-187, and 4:21-cv-201 |

### *PLAINTIFF HARRIET TUBMAN FREEDOM FIGHTERS'S* MOTION FOR DETERMINATION ON BILL OF COSTS

Plaintiff Harriet Tubman Freedom Fighters ("HTFF" or "Plaintiff") respectfully moves this Court rule on Plaintiff's bill of costs (ECF 268) and enter a determination. In support of this motion, Plaintiff states as follows:

1. On April 13, 2022, Plaintiff filed a bill of costs (ECF 268) following judgment having been entered against Defendants on March 31, 2022 (ECF 262).

2. On April 21, 2022, Attorney General Moody filed an unopposed motion

1

to hold in abeyance proceedings related to the bill of costs until the pending appeal was resolved (ECF 273), and an order granting the motion was entered the same day (ECF 274). In addition, HTFF's initial motion for attorneys' fees (ECF 270) was denied as moot pending final resolution of the then-pending appeal.

3. After the appeal was resolved, HTFF filed a Renewed Motion for Entitlement to Attorneys' Fees, in which it also asked the court to lift the abeyance of its bill for costs (ECF 321 at 14). HTFF reiterated the request to lift the abeyance of its bill for costs in its Reply in Support of Its Renewed Motion for Entitlement to Attorneys' Fees (ECF 326 at 4).

4. On May 23, 2024, this Court recognized Harriet Tubman Freedom Fighters as the prevailing party in this action and ruled it was entitled to an award of its reasonable attorneys' fees and costs. ECF 327. In the Court's ruling, it stated, "this Court will no longer hold Plaintiff's bill of costs, ECF No. 268, in abeyance," and noted, "Defendants shall file a response in opposition, if any, within fourteen days pursuant to Local Rule 54.2(A)." *Id.* at 6–7. Defendants filed an opposition to the determination of fees (ECF 337), but did not file an opposition under Rule 54.2(A) as related to taxation of costs within the fourteen days or otherwise.

5. Following full briefing as to the amount of attorneys' fees to which HTFF was entitled, this Court entered an order on February 5, 2025 awarding Plaintiff $232,412.78 in attorneys' fees (ECF 344). It did not address HTFF's bill of

costs (ECF 268).

6.      Remaining is the issue of Plaintiff's bill of costs (ECF 268).

WHEREFORE, Plaintiff Harriet Tubman Freedom Fighters respectfully requests that the Court enter a determination as to Plaintiff's bill of costs (ECF 268).

Dated: February 26, 2025                    Respectfully submitted,

*/s/ Michelle E. Kanter Cohen*
Michelle E. Kanter Cohen*
Jon Sherman*
Fair Elections Center
1825 K Street NW, Suite 701
Washington, DC 20006
Main: (202) 331-0114
mkantercohen@fairelectionscenter.org
jsherman@fairelectionscenter.org

*/s/ Matletha Bennette*
Matletha Bennette (Fla. Bar No. 1003257)
Southern Poverty Law Center
P.O. Box 10788
Tallahassee, FL 32302-2788
matletha.bennette@splcenter.org

Bradley E. Heard*
Avner Shapiro*
Southern Poverty Law Center
150 E Ponce De Leon Ave, Ste 340
Decatur, GA 30030-2553
bradley.heard@splcenter.org
avner.shapiro@splcenter.org

>Debra A. Dandeneau (Fla. Bar No. 0978360)
>William H. Devaney*
>Baker & McKenzie LLP
>452 Fifth Avenue
>New York, NY 10018
>Tel: (212) 626-4100
>debra.dandeneau@bakermckenzie.com
>william.devaney@bakermckenzie.com
>
>*Attorneys for Plaintiff*
>*Admitted Pro Hac Vice

## **CERTIFICATE OF COMPLIANCE**

Pursuant to N.D. Fla. Loc. R. 7.1(B) and (C), undersigned counsel certifies that she conferred with counsel for Defendants, who do not oppose the request for a ruling as to Plaintiff's Bill of Costs (ECF 268).

/s/ Michelle E. Kanter Cohen
Michelle E. Kanter Cohen

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive notifications.

/s/ Michelle E. Kanter Cohen
Michelle E. Kanter Cohen

*Counsel for Plaintiff*