IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HARRIET TUBMAN**
**FREEDOM FIGHTERS CORP.,**

    *Plaintiff*,
v.                                                           **Case No.: 4:21cv242-MW/MAF**

**CORD BYRD, et al.,**

    *Defendants*.
_____/

## ORDER DENYING MOTION AND SETTING RESPONSE DEADLINES

This Court has considered, without hearing, Plaintiff's motion for determination on bill of costs. ECF No. 348. Plaintiff filed its bill of costs without a supporting memorandum to demonstrate the reasonableness of requested deposition and transcript costs on April 13, 2022, within fourteen days of the date of judgment. *See* ECF No. 268. Before Defendant's deadline to file objections to the bill of costs elapsed, *see* N.D. Fla. Loc. R. 54.2(A), this Court stayed consideration of the issue until the appeal was resolved. ECF No. 274. The matter of costs is now before this Court.

Ordinarily, once a timely bill of costs and any supporting and opposing memoranda are filed, the Clerk reviews and takes action on the bill of costs. N.D. Fla. Loc. R. 54.2(B). However, that never happened in this case, nor did Defendant have an opportunity to file any memorandum in opposition by the normal deadline

before this Court held the issue in abeyance. Accordingly, this Court wants to hear from both sides before taking action on the bill of costs. Plaintiff may file a memorandum in support **on or before March 13, 2025**. Defendant may file any objections to the bill of costs **on or before March 27, 2025**. This Court will take the matter under advisement on March 28, 2025. Plaintiff's motion, ECF No. 348, is otherwise **DENIED as premature**.

        SO ORDERED on February 27, 2025.

                                      <u>s/Mark E. Walker         </u>
                                      **Chief United States District Judge**